# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
## MINUTES OF PROCEEDINGS

**OFFICE:** TRENTON

**DATE:** July 6, 2021

**JUDGE:** PETER G. SHERIDAN

**COURT REPORTER:** FRANK GABLE

Docket # Cr. 18 – 620-(01) (PGS)

**TITLE OF CASE:**
UNITED STATES OF AMERICA

vs.

RICHARD SCALEA

**APPEARANCE:**
Catherine R. Murphy, AUSA for Government

Richard Scalea for Defendant

**NATURE OF PROCEEDINGS:**

Telephone conference held.

Hearing on Motion [31] by Richard Scalea for Reduction of Sentence Under First Step Act 18 U.S.C. 3582 (c)(1)(A) COVID-19.
Order motion reserved.

Hearing on Motion [32] by Richard Scalea for Reduction of Sentence Under First Step Act 18 U.S.C. 3582 (c) (1)(A) COVID-19.
Order motion reserved.

| | |
|---|---|
| Time commenced: | 11:15 AM |
| Time Adjourned: | 11:40 AM |
| Total Time: | 0:25 |

DOLORES J. HICKS
/DEPUTY CLERK