Aug 19, 2021

Dear Sir or Madam,

My name is Richard Scalea. I am incarcerated at FT. Dix. On July 5th, 2021, I had a telephone hearing with Judge Sheridan concerning my motion for compassionate release based on Covid-19. Docket # 18-CR-620 (PGS). When the hearing of oral arguments was completed, His Honor stated that he would have a ruling in two weeks.

It has been 6 weeks and I am just curious if there are any problems and if this delay is normal. I realize that it is a complicated case and am glad that Judge Sheridan is doing his due diligence.

It's just that the conditions are worsening here concerning the lockdown and with my health issues. My blood pressure is fluctuating and the Physican's Assistant is recomending I consult with a neueologist for my coguitive issues. She also recorded that my heartrate was taching. She is recommending a EKG.

I am concerned about my health.

RECEIVED

AUG 24 2021

AT 8:30_____M
WILLIAM T. WALSH
CLERK

Thank You
Richard Scalea
71151-050
FCI-FT. Dix
PO Box 2000
Joint Base MDL
N.J. 08640

Scales - 71151-050
FCI FT. Dix
PO Box 2000
Joint Base MDL
N.J. 08640

OFFICE of Court Clerk
United States District Court
Clarkson S Fisher Building
U.S. Courthouse
Trenton, N.J. 08608



TRENTON NJ 085
20 AUG 2021 PM 5 L

08608-240099