UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 21-2631
_____

UNITED STATES OF AMERICA

v.

RICHARD SCALEA,

Appellant

_____

Appeal from the United States District Court
for the District of New Jersey
(Criminal Action No. 3-18-cr-00620-001)
District Judge: Honorable Peter G. Sheridan

_____

Submitted Under Third Circuit L.A.R. 34.1(a)
March 2, 2022

Before: MCKEE, AMBRO, and SMITH, Circuit Judges

## JUDGMENT

This cause came on to be heard on the record before the United States District Court for the District of New Jersey and was submitted under Third Circuit L.A.R. 34.1(a) on March 2, 2022.

On consideration whereof, IT IS ORDERED AND ADJUDGED by this Court that the judgment of the District Court entered August 24, 2021, is hereby **AFFIRMED**. Costs shall not be taxed. All of the above in accordance with the opinion of this Court.

                                                                      ATTEST:

                                                                      <u>s/ Patricia S. Dodszuweit</u>  
Dated: March 15, 2022                                                     Clerk